UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| GORDON DALE MEADOR, | No. 2:18-cv-0069 KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. On January 12, 2018, plaintiff filed a civil rights complaint renewing his allegations that defendant Kernan has placed a kill order on plaintiff, and that there have been multiple attempts on plaintiff's life, including multiple poisonings and assaults, throughout his incarceration. However, on January 3, 2018, the undersigned conducted a settlement conference with plaintiff in which such allegations were resolved through settlement, including his claims for injunctive relief, and plaintiff agreed that he would not re-file such allegations, waiving any further claims based on such allegations. Meador v. Martin, Case No. 2:17-cv-0203 KJM EFB (E.D. Cal.). The settlement of such action was placed on the court record.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

////

1

IT IS RECOMMENDED that this action be dismissed as in violation of the settlement agreement reached in No. 2:17-cv-0203 KJM EFB on January 3, 2018.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 2, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/mead0069.56